JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES D. KELLEHER,

        Plaintiff,

        v.

FEDERAL DEPOSIT INSURANCE
CORPORATION; OFFICE OF THRIFT
SUPERVISION; UNITED STATES OF
AMERICA

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV 10-03766 MMM (AJWx)

JUDGMENT FOR DEFENDANT

      On October 29, 2010, defendant United States filed a motion to dismiss plaintiff's first amended complaint. On February 11, 2011, the court issued an order granting defendant's motion and dismissing the action with prejudice. Accordingly,

      IT IS ORDERED AND ADJUDGED

          1.    That plaintiff takes nothing by way of his complaint; and

          2.    That the action be, and it hereby is, dismissed.

DATED: February 11, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE